United States Bankruptcy Court
Central District of California

In re:  Case No. 19-16765-SY
Carolyn L. Robinson  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6         User: cpotierC              Page 1 of 1                  Date Rcvd: Aug 23, 2019
                             Form ID: pdf042             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
db             +Carolyn L. Robinson,    795 Donatello Dr,    Corona, CA 92882-6390

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:
              Michael J Yesk    on behalf of Debtor Carolyn L. Robinson yesklaw@gmail.com
              Rod   Danielson (TR)    notice-efile@rodan13.com
              Sean C Ferry    on behalf of Creditor    U.S. Bank National Association sferry@rasflaw.com, sferry@ecf.courtdrive.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 4

**CHAMBERS PREPARED ORDER**

FILED & ENTERED

AUG 23 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY potier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:19-bk-16765-SY |
| CAROLYN L. ROBINSON | Chapter 13 |
| Debtor(s) | **ORDER DISMISSING BANKRUPTCY CASE WITH 180-DAY BAR TO REFILING** |

The debtor filed a prior chapter 13 bankruptcy case on March 4, 2019 [6:19-bk-11712-SY], which was dismissed on May 21, 2019 for failure to file case commencement documents. The debtor subsequently filed the above-captioned bankruptcy case on May 11, 2018. To date, the debtor has failed to timely file schedules and other required case commencement documents in the above-captioned bankruptcy case. The court, having reviewed the record of the debtor's prior and current bankruptcy cases, and finding evidence of bad faith and that the debtor has willfully failed to abide by orders of the court or to appear before the court in proper prosecution of this case,

///

///

///

1   IT IS ORDERED that the above-captioned bankruptcy case is dismissed and the debtor is
2  prohibited, under 11 U.S.C. § 109(g)(1), from filing a subsequent bankruptcy case for a period of
3  180 days from the entry of this order.
4                                               ###

25  Date: August 23, 2019

Scott H. Yun
United States Bankruptcy Judge

2